**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 2:26-mj-00018-KFW |
| **JOSE DE LOS SANTOS-BAEZ** | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Derek Wilcox, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Border Patrol Agent with the United States Border Patrol ("USBP"), currently assigned to the Calais Station in Houlton Sector. I entered on duty with the United States Border Patrol on July 27, 2009 and have served in various positions over the past 16 years. I graduated from the United States Border Patrol academy in Artesia, New Mexico. Following the academy, I completed a long-term detail to the Santa Teresa Station in El Paso Sector. In the fall of 2010, I began working at the Calais Station in Houlton Sector. As an agent assigned to Calais Station, I performed several collateral duties, as a firearms instructor, national frontline recruiter, and marine crewman. In 2018, I was promoted to Supervisory Border Patrol Agent at the Calais Station. I served as a supervisor from 2018-2022, serving on several occasions as the Acting Deputy Patrol Agent in Charge. In 2022, I accepted a Resident Agent position in Portland, Maine and I have served there since. Currently, I perform collateral duties such as vessel commander, remote pilot, and emergency medical technician.

2.      I make this affidavit in support of a Criminal Complaint charging Jose DE LOS SANTOS-BAEZ with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit

is based upon my involvement in an investigation regarding DE LOS SANTOS-BAEZ, as well as my review of pertinent records. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested arrest warrant.

## STATEMENT OF PROBABLE CAUSE

3.      On January 14, 2026, USBP was conducting targeted immigration enforcement in Wiscasset, Maine, in a fully marked USBP uniform and vehicle. USBP agents were attempting to locate DE LOS SANTOS-BAEZ; agents had been contacted on a prior date by local police in October 2025 regarding verifying DE LOS SANTOS-BAEZ's identity. At that time, agents had conducted records checks, which indicated DE LOS SANTOS-BAEZ was a citizen and national of the Dominican Republic illegally present in the United States after having been removed from the United States in 2022. USBP was unable to respond to the scene on the earlier in time date.

4.      On January 14, 2026, USBP conducted surveillance upon the suspected residence of DE LOS SANTOS-BAEZ in Wiscasset, and observed a vehicle registered to DE LOS SANTOS-BAEZ in the driveway. USBP agents observed an individual matching DE LOS SANTOS-BAEZ's description enter the vehicle and begin travelling. A traffic stop was conducted on the vehicle. The sole occupant provided USBP agents with a Massachusetts driver's license identified himself as Jose DE LOS SANTOS-BAEZ.

5.      USBP agents placed DE LOS SANTOS-BAEZ into custody, and confirmed with him that he was a citizen of the Dominican Republic. When asked if he had any documents allowing him to remain in the country legally, DE LOS SANTOS-BAEZ declined to answer. DE LOS SANTOS-BAEZ confirmed to agents he had previously been deported.

5.  Records checks indicated that DE LOS SANTOS-BAEZ had previously been removed on about November 14, 2022 through San Juan, Puerto Rico. Agents located a pending I-130 (petition for alien relative) application, but noted that the form clearly states that the petition does not grant any immigration status. USBP agents conducted records checks that revealed no prior consent to reapply for admission into the United States was sought.

## CONCLUSION

6.  Based on the foregoing facts, as well as my training and experience, I have probable cause to believe that Defendant DE LOS SANTOS-BAEZ violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

7.  I, Derek Wilcox hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under pains and penalties of perjury.

*Derek Wilcox*
Border Patrol Agent Derek Wilcox
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 16 2026

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title