## **Complaint - Synopsis**

| | |
|---|---|
| **Name:** | Jose De Los Santos-Baez |
| **Address:** (City & State Only) | Wiscasset, Maine |
| **Year of Birth and Age:** | 1992/33 years old |
| **Violations:** | Count 1: Illegal Re-Entry after Prior Deportation, 8 U.S.C. § 1326(a) |
| **Penalties:** | Count 1: Imprisonment of not more than 2 years (8 U.S.C. § 1326(a)), or a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both.<br><br>This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5). |
| **Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than one year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: One year less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be appointed |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol – Derek Wilcox |
| **Detention Status:** | In immigration custody |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Lincoln |
| **AUSA:** | Peter I. Brostowin |
| **Guidelines apply?   Y/N** | Yes |

| **Victim Case:** | No |
| --- | --- |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |

Case 2:26-mj-00018-KFW   Document 2   Filed 01/16/26   Page 2 of 2   PageID #: 6